UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| SHANNA FLOYD, | 2:14-cv-01882-JAD-CWH |
| Plaintiff, | ORDER |
| vs. | |
| R. WILLIS (P #4448), et al., | |
| Defendants. | |

Having reviewed and considered Plaintiff Shanna Floyd's letter (Doc. #7-1) requesting additional time to file an amended complaint, and good cause appearing,

IT IS ORDERED that Plaintiff Shanna Floyd shall have until **September 14, 2015**, to submit an amended complaint addressing the deficiencies in her Fifth and Eighth Amendment claims that the Court identified in its Screening Order (Doc. #2). Failure to do so will result in a recommendation that Plaintiff's Fifth and Eighth Amendment claims be dismissed without prejudice.

IT IS FURTHER ORDERED that the Clerk of Court shall mail to Plaintiff a copy of the Court's Screening Order (Doc. #2) along with this Order.

IT IS FURTHER ORDERED that the Minute Order (Doc. #7) stating that Plaintiff's letter must be styled as a motion is VACATED.

DATED: August 13, 2015.

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE